FILED ___ ENTERED
LOGGED ___ RECEIVED

AUG 10 2020

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

8-1-2020

Dear Judge Hollander, I am writing you because I Been locked up 13 months for suspicious phone calls from my phone being tap and for some suspicious activity. On July 5 2019 I Danny Blue was charged with a superseding Indictment with conspiracy to Distribute and Posses with Intent to Distribute Controlled substances in Violation of 21 U.S.C Section 846 (count 1) and Possession of a firearm in Furtherance of Drug Trafficking in violation of 18 U.S.C Section 924(c) (count 3) Twenty-four other individuals were also charged with ralated offenses. The evidence that me and my lawyer has gone over for the past year is not evidence of 1924(c) or conspiracy. I was not caught with drugs on me or at my house or I'm not connected to no one on this case or connected to no drugs on this whole case only some suspicious phone calls in from what I recall last time I was in Your Court room I was going to ~~~~ trial in from that Experience only I know thats far from conspiracy. I keep asking my lawyer Christopher J. Purpura why I Been locked up 13 months for suspicious activity thats not a crime plus I'm not apart of O+M. He keeps telling me he dont know. I think the system trying to railroad me Because no person should be locked up for suspicious calls or activity that didn't lead to no drugs plus they never pulled me over to

8-1-2020

to see if there suspicious activity was right, Judge Hollander you can't go over the evidence youre self in see I'm not lying, I'm being house at Northern Neck Regional Jail my court date for my motion hearing was the 27 and 29 of July I didn't go for what ever reason, I also have been moved from CDF in Baltimore because they said I Bullied a person that I know becaus he's charge with me. Its no Evidence or write up I did that. How can a Prosecutor look at the evidence against me in know she don't have the right evidence for what I been charge with but keeping me locked up with all this Black lives Matters going on in the world plus the Covid-19. Judge Hollander I'm not asking favor but I ask u to please look over my case in see why I'm still sitting in Jail, while majority of my Co-defendants are home on the box records worse than mine, I ask if I may be placed on the box so I can be home with my two children up until trial. I appreciate youre time reading this, Or ask the Proseutor to let me go because of the Evidence look in see for youre self.

Thank You!

Deniel Blue

I don't know if you remember me or not but I think my last case was youre first trial. Judge Hollander can you please look at this case to see why I'm locked up for suspicious activity with no Evidence of a Crime.

Danny Blue-48880 Kpod
Northen Neck Regional Jail
Warsaw, Virginia 22572

Ellen L Hollander
101 West Lombard street
Chambers 5B
Baltimore, Maryland 21201