**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| Chambers of<br>**Ellen Lipton Hollander**<br>District Court Judge | 101 West Lombard Street<br>Baltimore, Maryland 21201<br>410-962-0742 |

August 14, 2020

Christopher Purpura, Esquire

    Re:    *United States of America v. Daniel Blue*
             ELH-19-0286

Dear Mr. Purpura:

    I received a letter from Mr. Blue, dated August 1, 2020. The letter is docketed at ECF 636. Please take whatever steps you deem necessary to address Mr. Blue's concerns.

                                            Sincerely,

                                            /s/
                                        Ellen Lipton Hollander
                                        United States District Judge

cc:    Daniel Blue, #488800 K pool
        James Wallner, Esquire
         AUSA
        LaRai Everett, Esquire
         AUSA