### United States District Court
### District Of Maryland

| | |
|---|---|
| Chambers of<br>**Ellen Lipton Hollander**<br>District Court Judge | 101 West Lombard Street<br>Baltimore, Maryland 21201<br>410-962-0742 |

February 22, 2021

LETTER TO COUNSEL

    Re:    *United States of America v. Adams, et al.*
              Criminal No.:  ELH-19-0286

Dear Counsel:

This letter will confirm and amplify the substance of our discussions during the lengthy scheduling conference held on February 22, 2021.

1. By **February 26, 2021**, the government will provide a list of defendants whose motions will be heard at the motion hearing previously scheduled for **April 2, 2021.** The government shall also include the ECF number for each motion, along with the ECF number for the government's opposition and any replies.

2. As of now, defendants Blue, Crosby, and Drummond are scheduled to proceed to trial beginning **Monday, May 3, 2021**.  If we are able to add a fourth defendant, then Mr. Simon would join that trial group. **The dates in ECF 880 remain in effect, with the exception of jury instructions and voir dire.  They are due by March 17, 2021**.

3. The remaining defendants will proceed to trial beginning **Monday, November 29, 2021 (jury, 3 weeks).**

4. As to the **November 2021 trial group,** motions in limine are due by **June 11, 2021**.

5. Joint proposed voir dire, joint proposed jury instructions, and a joint proposed verdict sheet are due by the close of business on **September 24, 2021**.  You may, of course, file separately any proposed voir dire questions, jury instructions, and verdict forms upon which you cannot agree.  Copies of all submissions should be sent in Microsoft Word format to my judicial assistant, Karen Warren, at karen_warren@mdd.uscourts.gov.  Please be sure to include a table of contents for the proposed jury instructions and citations to authority for any requests that are in dispute.

6. As to the **November 2021** trial group, the Court will hold a pretrial conference on **November 12, 2021, at 4:00 p.m.**  It will be held in Chambers unless, by **November 1, 2021**, defense counsel advises the Court, in writing, of defendant's desire to attend the conference.  If so, the pretrial conference will be held in the courtroom.

7. Defense counsel are reminded to arrange for a *Lafler* hearing with a magistrate judge, to be held shortly before the commencement of trial.

Despite the informal nature of this letter, it is an Order of the Court and shall be docketed as such.

Sincerely,

/s/
Ellen Lipton Hollander
United States District Judge