IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| UNITED STATES OF AMERICA | * |
|---|---|
| v. | * Criminal No. ELH-19-0286 |
| DANIEL BLUE | * |
| DEREK CROSBY | * |
| Defendant. | * |

*******

## GOVERNMENT'S TRIAL EXHIBIT LIST

| Exhibit | Description | Identified | Admitted |
|---|---|---|---|
| 1A-hh | PHOTOS OF TARGETS | MAY 04 2021 | MAY 04 2021 |
| 2 | Undercover Buy 7.31.18 Video | | |
| 2A | Chemical Analysis – 7.31.2018 | MAY 04 2021 | MAY 04 2021 |
| 2B | Undercover Buy 7.31.18 Video | MAY 04 2021 | MAY 04 2021 |
| 2C-F | Screenshots of undercover buy video 08.02.2018 | MAY 04 2021 | MAY 04 2021 |
| 2G | Map -2400 block of E. Monument St | | |
| 3 | Undercover Buy 08.02.2018 Drugs ✳ | MAY 04 2021 | MAY 04 2021 |
| 3A | Chemical Analysis – 08.02.2018 | MAY 04 2021 | MAY 04 2021 |
| 3B | Undercover Buy 08.02.2018 Video | MAY 04 2021 | MAY 04 2021 |
| 3C-F | Screenshots of undercover buy video 08.02.2018 | MAY 04 2021 | MAY 04 2021 |
| 3G | Map – 700 block of N. Port Street | MAY 04 2021 | MAY 04 2021 |
| 3H | Photo Port Street | MAY 04 2021 | MAY 04 2021 |
| 4 | Audio | MAY 10 2021 | MAY 10 2021 |
| 4A | Call Transcripts – ID Only / Jett Mass. 5-4 | MAY 04 2021 | ID Only |
| 5 | Undercover Buy 08.23.2018 Drugs ✳ | MAY 04 2021 | MAY 04 2021 |
| 5A | Chemical Analysis 08.23.2018 | MAY 04 2021 | MAY 04 2021 |
| 5B | Undercover Buy 08.23.2018 Video | MAY 04 2021 | MAY 04 2021 |
| 5C-E | Screenshots of undercover buy video 08.23.2018 | MAY 04 2021 | MAY 04 2021 |
| 5F | Map – 900 Bradford Street | MAY 04 2021 | MAY 04 2021 |
| 6 | Surveillance 8.28.18 | MAY 04 2021 | MAY 04 2021 |
| 6A-F | Photos/Screenshots 8.28.18 | MAY 04 2021 | MAY 04 2021 |

✳ Drugs
✳✳ - Firearm

1

| Exhibit | Description | Identified | Admitted |
|---|---|---|---|
| 7 | CCTV Surveillance 9.18.18 | MAY 04 2021 | MAY 04 2021 |
| 7A-C | Photos 9.18.19 | MAY 04 2021 | MAY 04 2021 |
| 8 | CCTV Surveillance 9.17.19 | MAY 04 2021 | MAY 04 2021 |
| 8A | Screenshot 9.18.19 | MAY 04 2021 | MAY 04 2021 |
| 9 | CCTV Surveillance 9.21.19 | MAY 04 2021 | MAY 04 2021 |
| 9A-E | Photo 2300 E. Madison 9.21.19 | MAY 04 2021 | MAY 04 2021 |
| 10A | Surveillance Photo 10.2.18 | MAY 04 2021 | MAY 04 2021 |
| 11A-C | Instagram Photos – M. Williams | MAY 04 2021 | MAY 04 2021 |
| 12 | Undercover Buy 10.30.2018 Drugs | MAY 04 2021 | MAY 04 2021 |
| 12A | Chemical Analysis – 10.30.2018 | MAY 04 2021 | MAY 04 2021 |
| 12B | Undercover Buy Video 10.30.2018 | MAY 04 2021 | MAY 04 2021 |
| 12C-E | Undercover buy 10.30.2018 Screenshots | MAY 04 2021 | MAY 04 2021 |
| 12F | Photo of 2400 Monument | MAY 04 2021 | MAY 04 2021 |
| 13A-C | Surveillance Crosby and Blue 11.13.18 | MAY 04 2021 | MAY 04 2021 |
| 14 | Undercover Buy 02.21.2019 Drugs | MAY 04 2021 | MAY 04 2021 |
| 14A | Chemical Analysis – 02.21.2019 | MAY 04 2021 | MAY 04 2021 |
| 14B | Undercover Buy 02.21.2019 Video | MAY 04 2021 | MAY 04 2021 |
| 14C-F | Undercover buy 02.21.2019 Screenshots | MAY 04 2021 | MAY 04 2021 |
| 14G | Map N. Montford Ave | MAY 04 2021 | MAY 04 2021 |
| 15 | Certificate of Business Record – Blue Jail Calls | | |
| 15A-C | Jail Calls – Blue | | |
| 15D | Jail Calls Transcripts – Blue | | |
| 16 | Drug Stipulation | MAY 04 2021 | MAY 04 2021 |
| 17 | Prior Conviction Stipulation – Blue | MAY 06 2021 | MAY 06 2021 |
| 18 | Prior Conviction Stipulation – Crosby | | |
| 19 | Plea Agreement Foster | | |
| 19A | Cooperation Agreement Foster | | |
| 20 | Plea Agreement Whitener | | |
| 20A | Cooperation Agreement Whitener | | |
| 21A | Whitener's Black Phone | MAY 11 2021 | MAY 11 2021 |
| 21B | Whitener's iPhone | MAY 11 2021 | MAY 11 2021 |
| 22 | Whitener's Grand Jury Transcript | | |
| 23A | SA Ryan Welsh Grand Jury Transcripts – March | | |

| Exhibit | Description | Identified | Admitted |
|---------|-------------|------------|----------|
|  | 26, 2019 |  |  |
| 23B | SA Ryan Welsh Grand Jury Transcripts – April 2, 2019 |  |  |
| 23C | SA Ryan Welsh Grand Jury Transcripts – May 7, 2019 |  |  |
| 23D | SA Ryan Welsh Grand Jury Transcripts – May 14, 2019 |  |  |
| 23E | SA Ryan Welsh Grand Jury Transcripts- June 11, 2019 |  |  |
| 23F | SA Ryan Welsh Grand Jury Transcripts – June 25, 2019 |  |  |
| 24 | Surveillance Video Morris 8.23.18 |  |  |
| 25A | CCTV 11.2.18 Blue and Solomon Meet | MAY 11 2021 | MAY 11 2021 |
| 25B | CCTV 11.4.18 Blue and Solomon Meet | MAY 11 2021 | MAY 11 2021 |
| 26A-E | Photos M. Williams and Blue |  |  |
| 27 | Certificate of Wages and Earnings Reports |  |  |
| 27A | Wages and Earnings Reports |  |  |
| 28 | Map Monument Area | MAY 04 2021 | MAY 04 2021 |
| 29 | Map Montford Area | MAY 04 2021 | MAY 04 2021 |
| 30 | Phone Chart | MAY 04 2021 | MAY 04 2021 |
|  | 11.07.2018 Trash Run 4308 Bedrock Circle (Walgreens) |  |  |
| 40 | Kilo wrapper | MAY 04 2021 | MAY 04 2021 |
| 40A | Digital scale box | MAY 04 2021 | MAY 04 2021 |
| 41 | Chemical Analysis | MAY 04 2021 | MAY 04 2021 |
| 42A | Walgreens Video 11.07.2018 | MAY 11 2021 | MAY 11 2021 |
| 42B | Walgreens Video 11.07.2018 | MAY 11 2021 | MAY 11 2021 |
| 43A | Egan Davis enters apartment (11/7) | MAY 11 2021 | MAY 11 2021 |
| 43B | Egan Davis exits apartment (11/7) | MAY 11 2021 | MAY 11 2021 |
| 44 | CCTV Meeting at store (12/1/18) | MAY 11 2021 | MAY 11 2021 |
| 44A | Photo of Blue and Johnson | MAY 11 2021 | MAY 11 2021 |
| 45 | CCTV Davis and Blue (12/1/18) | MAY 11 2021 | MAY 11 2021 |
| 46 | Surveillance of Crosby |  |  |
| 46A | 11/7/2018 | MAY 11 2021 | MAY 11 2021 |

| Exhibit | Description | Identified | Admitted |
|---|---|---|---|
| 46B | 12/19/2018 | MAY 12 2021 | MAY 12 2021 |
| 46C | 12/20/2018 | MAY 12 2021 | MAY 12 2021 |
| 46D | 12/24/2018 | MAY 12 2021 | MAY 12 2021 |
| 46E | 12/25/2018 | MAY 12 2021 | MAY 12 2021 |
| 46F | 1/3/2019 | | |
| 47 | Surveillance of Washington — *Omit* | | |
| 47A | 12/14/2018 | MAY 12 2021 | MAY 12 2021 |
| 47B | 12/19/2018 | MAY 12 2021 | MAY 12 2021 |
| 48A-D | 1/10/2019 Photos of Blue and Washington | MAY 12 2021 | 5/12/2021 |
| | 01.02.2019 McElderry Street Search Warrant ✓ | | |
| 51A | Ex. 57 Drugs | MAY 05 2021 | MAY 05 2021 |
| 51B | Ex. 58 Drugs | MAY 05 2021 | MAY 05 2021 |
| 51C | Ex. 59 Drugs | MAY 05 2021 | MAY 05 2021 |
| 51D | Ex. 60 Drugs | MAY 05 2021 | MAY 05 2021 |
| 51E | Ex. 61 Drugs | MAY 05 2021 | MAY 05 2021 |
| 52A-E | Chemical Analysis – McElderry Street | MAY 05 2021 | MAY 05 2021 |
| 53A-aa | Photos from 01.02.2019 McElderry Street SW | MAY 05 2021 | MAY 05 2021 |
| 54 | Kilo Press recovered from McElderry Street SW | MAY 05 2021 | MAY 05 2021 |
| 55 | Snapshot of phone screen | MAY 05 2021 | MAY 05 2021 |
| | 01.08.2019 Roxboro Road Search Warrant ✓ | | |
| 60A-O | Roxboro Road SW Photos | MAY 04 2021 | MAY 04 2021 |
| 61 | Phone recovered from Roxboro Road SW | | |
| 62 | Kohr .45 caliber box | MAY 04 2021 | MAY 04 2021 |
| 62A | Kohr .45 caliber firearm | MAY 04 2021 | MAY 04 2021 |
| 62B | .45 caliber firearm ammunition | MAY 04 2021 | MAY 04 2021 |
| 63 | Taurus Judge box | MAY 04 2021 | MAY 04 2021 |
| 63A | Taurus Judge firearm | MAY 04 2021 | MAY 04 2021 |
| 63B | Taurus Judge ammunition | MAY 04 2021 | MAY 04 2021 |
| | 01.17.2019 4308 Bedrock Circle Search Warrant ✓ | | |
| 70A-P | 4308 Bedrock Circle SW Photos | MAY 05 2021 | MAY 05 2021 |
| 71A | Ex. 104 Drugs | MAY 05 2021 | MAY 05 2021 |
| 71B | Ex. 106 Drugs | MAY 05 2021 | MAY 05 2021 |
| 71C | Ex. 107 Drugs | MAY 05 2021 | MAY 05 2021 |

4

| Exhibit | Description | Identified | Admitted |
|---|---|---|---|
| 71D | Ex. 108 Scale | MAY 05 2021 | MAY 05 2021 |
| 71E | Ex. 109 Drugs | MAY 05 2021 | MAY 05 2021 |
| 71F | Ex. 110 Drugs | MAY 05 2021 | MAY 05 2021 |
| 71G | Shoebox | MAY 05 2021 | MAY 05 2021 |
| 71H | Kilo Wrapper | MAY 05 2021 | MAY 05 2021 |
| 72A-G | Chemical Analysis – 4308 Bedrock Circle | MAY 05 2021 | MAY 05 2021 |
|  | 01.21.2019 3623 Erdman Avenue Search Warrant ✓ |  |  |
| 80A-K | 3623 Erdman Ave. SW Photos | MAY 05 2021 | MAY 05 2021 |
| 81A | Ex. 114 Drugs | MAY 05 2021 | MAY 05 2021 |
| 81B | Ex. 115 Drugs | MAY 05 2021 | MAY 05 2021 |
| 81C | Ex. 116 Drugs | MAY 05 2021 | MAY 05 2021 |
| 81D | Ex. 117 Drugs | MAY 05 2021 | MAY 05 2021 |
| 81E | Ex. 118 Drugs | MAY 05 2021 | MAY 05 2021 |
| 81F | Ex. 119 Drugs | MAY 05 2021 | MAY 05 2021 |
| 81G | Ex. 120 Drugs | MAY 05 2021 | MAY 05 2021 |
| 81H | Ex. 121 Drugs | MAY 05 2021 | MAY 05 2021 |
| 82A-H | Chemical Analysis – 3623 Erdman Avenue | MAY 05 2021 | MAY 05 2021 |
| 83 | Paraphernalia recovered from 3623 Erdman Ave. | MAY 05 2021 | MAY 05 2021 |
|  | 01.23.2019 3528 Reisterstown Road Search Warrant |  |  |
| 90A-L | SW Photos | MAY 05 2021 | MAY 05 2021 |
| 91 | Sgt. Carl Cicchetti Transcript |  |  |
|  | 01.23.2019 3201 Brighton Street Search Warrant ✓ |  |  |
| 100A-W | 3201 Brighton Street SW Photos | MAY 04 2021 | MAY 04 2021 |
| 101 | 3201 Brighton Street box related to Ex.129 | MAY 04 2021 | MAY 04 2021 |
| 101A | Ex. 129 Drugs | MAY 04 2021 | MAY 04 2021 |
| 101B | Ex. 130 Drugs | MAY 04 2021 | MAY 04 2021 |
| 101C | Ex. 131 Drugs | MAY 04 2021 | MAY 04 2021 |
| 101D | Ex. 132 Drugs | MAY 04 2021 | MAY 04 2021 |
| 101E | Ex. 135 Drugs | MAY 04 2021 | MAY 04 2021 |
| 101F | Ex. 136 Drugs | MAY 04 2021 | MAY 04 2021 |
| 101G | Ex. 137 Drugs | MAY 04 2021 | MAY 04 2021 |

| Exhibit | Description | Identified | Admitted |
|---|---|---|---|
| 101H | Ex. 138 Drugs | MAY 04 2021 | MAY 04 2021 |
| 101I | Ex. 133 | MAY 04 2021 | MAY 04 2021 |
| 101J | Ex. 139 Drugs | MAY 04 2021 | MAY 04 2021 |
| 101K | Ex. 141 Drugs | MAY 04 2021 | MAY 04 2021 |
| 102A-N | Chemical Analysis – 3201 Brighton Street | MAY 04 2021 | MAY 04 2021 |
| 103A | N-79 (Letters) | | |
| 103B | N-80 (Letters) | | |
| 104 | Paraphernalia recovered from 3201 Brighton St. | MAY 10 2021 | MAY 10 2021 |
| | 01.23.2019 1641 Spring Street Search Warrant | | |
| 110A-W | 1641 Spring Street SW Photos | MAY 05 2021 | MAY 05 2021 |
| 111A | Ex. 124 Drugs | MAY 05 2021 | MAY 05 2021 |
| 111B | Ex. 126 Drugs | MAY 05 2021 | MAY 05 2021 |
| 111C | Ex. 127 Drugs | MAY 05 2021 | MAY 05 2021 |
| 111D | Ex. 128 Scale | MAY 05 2021 | MAY 05 2021 |
| 112A-C | Chemical Analysis – 1641 Spring Street | MAY 05 2021 | MAY 05 2021 |
| 113 | Paraphernalia (packaging) recovered from Spring St. | | |
| 114 | Glock 23 firearm and ammunition ✶✶ | MAY 05 2021 | MAY 05 2021 |
| | 01.29.2019 4308 Bedrock Circle Search Warrant ✓ | | |
| 120A | 4308 Bedrock SW Photos | MAY 05 2021 | MAY 05 2021 |
| | 01.29.2019 1505 N. Lakewood Search Warrant ✓ | | |
| 130A-D | N. Lakewood SW Photos | MAY 05 2021 | MAY 05 2021 |
| 131 | Drugs (Ex. 143) | MAY 05 2021 | MAY 05 2021 |
| 132 | Chemical Analysis – N. Lakewood | MAY 05 2021 | MAY 05 2021 |
| | 06.19.2019 631 St. Anns and 6.21.19 Vehicle Search Warrant | | |
| 140A-B | St. Anns SW Photos | MAY 04 2021 | MAY 04 2021 |
| 141 | Firearm recovered from vehicle ✶✶ | MAY 04 2021 | MAY 04 2021 |
| 142A-F | Vehicle SW Photos | MAY 04 2021 | MAY 04 2021 |
| 143 | Chemical Analysis – 631 St. Anns | MAY 04 2021 | MAY 04 2021 |
| 144 | Photo of 1741 N. Dallas Street | | |
| 145 | Photo of 631 St. Anns | | |

105 Firearm - Glock    MAY 04 2021    MAY 04 2021

✶✶ Firearm

6

| Exhibit | Description | Identified | Admitted |
|---------|-------------|------------|----------|
|  | 06.19.2019 1741 Dallas Street Search Warrant ✓ |  | MAY 05 2021 |
| 150A-I | Dallas St. SW Photos | MAY 05 2021 | MAY 05 2021 |
| 151A | Drugs (Ex. 168) | MAY 05 2021 | MAY 05 2021 |
| 151B | DEA-Mid Atlantic Report (Ex. 170) | MAY 05 2021 | MAY 05 2021 |
| 151C | DEA-Mid Atlantic Report (Ex. 171) | MAY 05 2021 | MAY 05 2021 |
| 151D | DEA-Mid Atlantic Report (Ex. 172) | MAY 05 2021 | MAY 05 2021 |
| 151E | Ex. 174 Fentanyl and Sifter | MAY 05 2021 | MAY 05 2021 |
| 152A-E | DEA-Mid Atlantic Report – Dallas Street | MAY 05 2021 | MAY 05 2021 |
| 153 | Paraphernalia and packaging recovered from Dallas Street SW | MAY 05 2021 | MAY 05 2021 |
| 154 | Crosby SDAT certification 631 St. Anns/Dallas Street | MAY 05 2021 | MAY 05 2021 |
| 155 | Jamaica Lewis Phone | MAY 05 2021 | MAY 05 2021 |
| 155A-R | Jamaica Lewis Phone - Photos | MAY 05 2021 | MAY 05 2021 |
| 156 | Jamaica Lewis Text Messages | MAY 05 2021 | MAY 05 2021 |

7

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 9F | 5/11/2021 | 5/11/2021 | Video |
| 30A | 5/4/2021 | 5/4/2021 | Chart |
| 31 | 5/12/2021 | 5/12/2021 | Target Telephone Chart |
| 46G | 5/12/2021 | 5/12/2021 | Map |
| 47C | 5/12/2021 | 5/12/2021 | Map |
| 49A | 5/12/2021 | 5/12/2021 | Map |
| 49B | 5/12/2021 | 5/12/2021 | Map |
| 105 | 5/4/2021 | 5/4/2021 | Glock - Firearm |
| 157 | 5/6/2021 | 5/6/2021 | Chemical Analysis Report & Photos |
| 158 | 5/6/2021 | 5/6/2021 | Report of Investigation & Photos |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Exhibit List (Rev. 3/1999)