CASE NUMBER: ELH-19-0286
CASE NAME: USA v. DANIEL BLUE

The Jury will leave at 5:00 pm Tonight and come in Tomorrow (~~Thursday~~ Friday) at 9:30

JUROR NUMBER: 1

DATE: May 13, 2021
TIME: 4:45

For Court Use Only:
Recv'd by: _____  DATE: _____  TIME: _____
Court Exhibit #: 1

Jury Note (Rev. 2/2009)

4847 MD 7 DM
CSO FB