CASE NUMBER: ELH-19-0286
CASE NAME: USA v. DANIEL BLUE

The Phone call with Solomon & Harley about Blue Being "Tough"

Phone calls Between Davis & Blue & videos Between Davis & Blue From 11-1 To 11-14

We want To look at text messages on Whitner's phone

Any communications in late October Between Blue & Any person who was part of Bust october 30th exhibit # 162

(answer first) → If we find that Blue Participated in a Drug
(let us Discuss) → Conspiracy (Reasonable Doubt about Specific Drug) Can he be liable for Cocaine of co conspirators (prior To seeing video or hearing phone calls)

JUROR NUMBER: 1

DATE: May 13, 2021
TIME: 1:40

For Court Use Only:
Recv'd by: _____
Court Exhibit #: 7
DATE: 5/17/2021   TIME: 1:45PM

Jury Note (Rev. 2/2009)

Need more question forms
Thanks



CSO W. Johnson
1:40 P.M.