May 17 2021  3:10 pm    Juror # 1

Daniel Blue case
_____

The Jurors cannot come to unanimous decision to count one. Every juror was asked if they would be willing to change their mind and they all stated NO.

We have a unanimous decision for count 2

We believe further Deliberation will not move us any closer to a unanimous decision on count one.

Exhibit # 8

5/17/21
5:15 hrs
CSO Personnel