IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA        *

v.                              *        Criminal No.: ELH-19-0286

DANIEL BLUE,                    *

Defendant.                      *

## VERDICT FORM

COUNT ONE:   CONSPIRACY TO DISTRIBUTE AND POSSESS WITH THE INTENT TO DISTRIBUTE CONTROLLED SUBSTANCES FROM ON OR ABOUT JULY 2018 AND CONTINUING UNTIL ON OR ABOUT JUNE 25, 2019

1. How do you find the defendant DANIEL BLUE as to **COUNT ONE**, conspiracy to distribute controlled substances?

    Not Guilty_____    Guilty _____

**IF YOU FIND DEFENDANT DANIEL BLUE NOT GUILTY AS TO COUNT ONE, PROCEED ONLY TO COUNT TWO.**

**IF YOU FIND DEFENDANT DANIEL BLUE GUILTY AS TO COUNT ONE, ANSWER THE FOLLOWING QUESTIONS.**

　　a.  Which controlled substances do you find DANIEL BLUE conspired to distribute?

**(SELECT ALL THAT APPLY)**

Cocaine: _____

Cocaine base: _____

　　b.  If you find that DANIEL BLUE conspired to distribute cocaine, how do you find as to the amount of cocaine involved?

**(SELECT ONE)**

5 kilograms or more        _____

500 grams or more but less    _____
than 5 kilograms

1

    Less than 500 grams  _____

  c. If you find that DANIEL BLUE conspired to distribute cocaine base, how do you find as to the amount of cocaine base involved?

**(SELECT ONE)**

    280 grams or more  _____

    28 grams or more but less than 280 grams  _____

    Less than 28 grams  _____

**PROCEED TO COUNT TWO.**

**COUNT TWO: POSSESSION OF FIREARMS AND AMMUNITION BY A PROHIBITED PERSON**

  2. How do you find the Defendant, DANIEL BLUE, as to COUNT TWO, knowingly possessing firearms and ammunition on January 8, 2019, after knowingly being convicted of a crime carrying a penalty of greater than one year of imprisonment?

    Not Guilty _____  Guilty __✓_____

  a. If you find the defendant guilty, what do you find he possessed?

**(SELECT ALL THAT APPLY)**

  __✓__ Taurus Judge .45 caliber

  __✓__ Kahr Arms .45 caliber

  __✓__ Ammunition

**IF YOU FOUND THE DEFENDANT NOT GUILTY AS TO COUNT ONE, <u>STOP HERE</u>. SIGN THE VERDICT FORM ON PAGE 3.**

**IF YOU FOUND THE DEFENDANT GUILTY AS TO COUNT ONE, PROCEED TO COUNT THREE.**

## TRAFFICKING CRIME

3. How do you find the defendant, DANIEL BLUE, as to COUNT THREE, possession of a firearm(s) in furtherance of a drug trafficking crime?

Not Guilty\_\_\_\_    Guilty\_\_\_\_\_

a. If you find the defendant guilty, what do you find he used in furtherance of a drug trafficking crime?

**(SELECT ALL THAT APPLY)**

_____    Taurus Judge .45 caliber

_____    Kahr Arms .45 caliber

**The foregoing constitutes the unanimous verdict of the jury.**

5-17-21
Date

**SIGNATURE REDACTED**
Signature of the Foreperson of the Jury

3