UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| vs. | * | CRIMINAL NO.: 19-CR-00286-ELH |
| DANIEL BLUE | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR NEW TRIAL

William R. Buie III, Esquire, of William R. Buie III, P.A. on behalf of Defendant Daniel Blue, motions this court to per Rule 33 of the Federal Rules of Criminal Procedure to grant a new trial on the single count of possession of a firearm and ammunition by a prohibited person for the following reasons:

(1) The jury could only find Daniel Blue guilty of the firearm offense if they had received evidence that he was aware the firearms and ammunition was in the house.

(2) Absolutely no evidence was offered at trial indicating that Mr. Blue was aware that the firearms and ammunition was in the home. *See U.S. v. Blue*, 957 F.2d 106 (4th Cir. 1992).

(3) As such, there is insufficient evidence to sustain this finding by the jury and a new trial is requested.

Respectfully submitted,

WILLIAM R. BUIE III, ESQUIRE
WILLIAM R. BUIE III, P.A
Federal Bar#25588
312 North Charles Street, Suite 201
Baltimore Maryland 21201
(410) 576-7666
williambuie@prodigy.net
Attorney for the Defendant

## REQUEST FOR A HEARING

Pursuant to Rule 105-6 of the Local Rules of the United States District Court for the District of Maryland, a hearing is requested on the defendant's motion.

WILLIAM R. BUIE III, ESQUIRE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY 30th day of May 2021 a copy of the Amended Defendant Blue's Motion for New Trial was electronically mailed to the LaRai Everett and James Wallner, Assistant United States' Attorneys for the District of Maryland, 36 South Charles Street, 4th Floor, Baltimore, Maryland 21201.

WILLIAM R. BUIE III, ESQUIRE