

# WILLIAM R. BUIE III, P.A.
## ATTORNEY AT LAW

312 North Charles Street, Suite 201
Baltimore, Maryland 21201
Office: 410-576-7666
Facsimile: 410-576-7885

E-Mail Address:
williambuie@prodigy.net

Admitted to practice
in Maryland and
Washington, D.C.

August 23, 2021

The Honorable Ellen L. Hollander
United States District Judge
United States District Court for the District of Maryland
101 W. Lombard St.
Baltimore, Maryland 21201

Re: United States v. Daniel Blue, Criminal No. ELH-19-0286

Dear Judge Hollander:

With the sentencing on this matter this week, this correspondence is sent to reflect the sentencing recommendation of the defense in this matter. Previous objections were filed in this matter concerning the 4 level adjustment for possessing the firearm in connection with the another felony offense and the 2 level adjustment for obstruction of justice. In short, the objections are based on the fact that neither was established at trial. In contrast, it is asserted that the appropriate guideline range is 37-46 months, with an offense level of 20 and a criminal history of II.

This writing concerns more with Mr. Daniel Blue, the person. As in most cases, the Government assumes that all people have had a fair start and a fair life. Simply being from the inner city of Baltimore gives one a poor education and a poor outlook on life. It is fair to say the world of a defendant, in most cases, is not the world of the attorneys or the court as in this matter. Even in this case, when facts are not established for enhancements, the Government argues for enhancements. Fairness is far from what the government asks, and as such, we make our plea for justice to the court.

In a recent meeting with Mr. Blue, I inquired as to what he wanted to do with the rest of life. He responded and stated his interest in real estate to buy and sell residential properties. At this point, Mr. Blue has served almost 27 months of incarceration. Likewise, Mr. Blue argues that he "banked" a significant amount of time from his previous case that was reversed by the Fourth Circuit. Mr. Blue's argument for another chance at life based on fairness and justice is strong. Please take everything into consideration.

Best regards,

William R. Buie III